## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

**-vs-**                                            **Case No. 3:14-CR-48**

**MICHAEL BRAGG, JR.**

        **Defendant.**

---

### ORDER CONTINUING DEFENDANT ON SUPERVISED RELEASE
### AND ADDING A CONDITION OF SUPERVISION

---

On August 25, 2021, the Defendant appeared with Counsel for an initial hearing on revocation of his supervised release, a status that began on August 11, 2018.  The Defendant, in open Court, admitted to the violations as alleged by the U.S. Probation Office.  The Court accepted the admissions and found the Defendant had violated the conditions of his supervised release as previously imposed.  The Court then ordered the Defendant detained pending final disposition.

Pursuant to the record made in open court on August 25, 2021, **IT IS THE ORDER OF THE COURT** that the Defendant shall remain in custody until **Thursday, September 16, 2021**, at which time the U.S. Marshal Service shall release him no later than **11:30 a.m.** from Montgomery County Jail for transportation to Woodhaven where he is to remain for a **term of ninety (90) days** or as directed by the U.S. Probation for inpatient treatment.  In addition, the Defendant is ordered to participate and successfully complete that inpatient treatment to include all aftercare.

 All other conditions of supervised release as previously ordered in this case, shall remain in effect.  Upon conclusion of treatment, Final Disposition shall be heard.

IT IS SO ORDERED.

*s/Thomas M. Rose*

Dated: September 15, 2021

                        _____
THOMAS M. ROSE, JUDGE
UNITED STATES DISTRICT COURT